AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:19-MJ-00022 | 1/14/19 | N/A |

| Inventory made in the presence of : |
|---|
| N/A |

Inventory of the property taken and name of any person(s) seized:

Phone has been checked out of the ATF Riverside Vault for search warrant service and data analysis.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/19/19

_____
Executing officer's signature

Paul Kirwan, Special Agent
_____
Printed name and title