```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    MATTHEW J. ROSENBAUM (Cal. Bar No. 319700)
 4  Assistant United States Attorney
    General Crimes Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:    (213) 894-4896
 7       Facsimile:    (213) 894-0141
         E-mail:   matthew.rosenbaum@usdoj.gov
 8
    Attorneys for Applicant
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Search of the Digital Device Described in Attachment A | No. 5:19-MJ-00022 <br><br> [PROPOSED] ORDER ALLOWING EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICE |
|---|---|

For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days (beyond the time period previously authorized) from the date of this order, ~~that is, through September ___, 2019,~~ the following digital devices:

a.   Black LG Android Smart Phone, IMEI #351603102439839, and believed to belong to Angel Philip Angulo, Jr.

DATED: May 14, 2019

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

 /s/ *Matthew J. Rosenbaum*
MATTHEW J. ROSENBAUM
Assistant United States Attorney